**FILED**
JUL 21 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

James L. Hines 197067 Jackson Malloy K86989
Name and Prisoner/Booking Number

ASPC FLORENCE Browning Atascadero/Ca Southpoint 2001 61dg Election DSPNOVO
Place of Confinement

Box 3400 10140
Mailing Address

Florence Az 85232
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

2254
FILING FEE PAID
Yes___ No ✓
IFP MOTION FILED
Yes___ No ✓
COPIES SENT TO
Court___ Prose___

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

James Lynn O'Hines *Cajun-
(Full Name of Plaintiff)       Plaintiff,
Creole, racial identity-Illinois. *
v.
(1) S.D.P.D. Narc Div SSU Squad "Capt Ruiz"
(Full Name of Defendant)
(2) "Peter Deddah" & Associates "Law Firm"
(4) ⊠ Correctional Officer "C/O Tony Lavoi"
(3) ⊠ "Capt Ortiz" Tijuana, Los Angeles, Phoenix
       Defendant(s).
⊠ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. 08 CV 1336 JM RBB
(To be supplied by the Clerk)

CIVIL RIGHTS COMPLAINT
BY A PRISONER

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☐ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
   ☒ Other: 18 USC §2321 ; USCA §801 et seq + Fed.R Crim P. 41(a) Balboa Viet Nam Vets
   subversive action; undermining loyalty "Accessio" discipline of morals: "Religion"
2. Institution/city where violation occurred: RJ DONOVAN, Corcoran, Atascadero, Buckeye,
   Florence, Az Maricopa Co. Jail, via Southpoint Rehab San Diego Ca.

Revised 3/9/07   Supplements 1-A to 5-A.   1

550/555

## B. DEFENDANTS

1. Name of first Defendant: **SDPD NARC DIV. SSU Squad**. The first Defendant is employed as **Captain "Ruiz" Supervisor of Rg. 4 Unit** (Position and Title) at **RJ Donovan etc etc as listed.** (Institution)

2. Name of second Defendant: **Viet Nam Vet Dolphin Motel Pacific Coast Hghwy. Peter Deddeh & Assoc law firm**. The second Defendant is employed as **Chief Executive Officer = Law Firm San Diego Co.** (Position and Title) at **San Diego County Superior Courts for CDC** (Institution)

(4) 3. Name of third Defendant: **c/o Tony Lavol aka TLC. TLC: Tony Lavol Company**. The third Defendant is employed as: **peace officer** (Position and Title) at **Regionally California Arizona and Missouri on Contract by POA union.** (Institution)

(3) 4. Name of fourth Defendant: **Capt Ortiz L.A.**. The fourth Defendant is employed as: **Ombudsman Program Administrator** (Position and Title) at **Tijuana LaMesa Ca to Arizona** (Institution)

(5.) All other Defendants Viet Nam Vets Militia of Montana = Church + State.

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?  ☒ Yes  ☐ No

2. If yes, how many lawsuits have you filed? **200+ 60**. Describe the previous lawsuits:

   a. First prior lawsuit: aka Jackson Misly K86984
      1. Parties: **James Lynn Hines 192067** v. **B'nai B'rith**
      2. Court and case number: **CV 062297**
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) **dismissed Strike out multipli filings for oppression Venue (ea)**

   b. Second prior lawsuit:
      1. Parties: **James Lynn Hines 192067** v. **CV053412 Peter Deddah & Assoc**
      2. Court and case number: **CV053412 #**
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) **Refiled = dismissed w/ prejudice**

   c. Third prior lawsuit:
      1. Parties: **James Lynn O'Hines** v. **Janet Napolitano**
      2. Court and case number: **CV 07 2267**
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) **dismissed for co-plaintiffs and class action status # Colimon V. S (ea)**

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

2

D. CAUSE OF ACTION

COUNT I

1. State the constitutional or other federal civil right that was violated: <u>The Right to not be an oppressed person by a district of parole supervision, denied counsel.</u>

2. Count I. Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☒ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. Supporting Facts. State as briefly as possible the FACTS supporting Count I. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

(A) Capt. Ruiz, Over a premeditated period of time, (of a transient citizen* parollee), obstruction of equal access to the court for private interests, has continued in a district County to County State to State by censorship of mail to private address and public institutions: Firstly, San Diego local attorneys in unison enmasse attempted to correspond in 1990. And Secondly, from 1994 (with prior intercessions of chemical Induced amnesia 1985, 1990's and as early as 1970s at Dolphin Motel P.C. 14) at San Luis Obispo, Ca. "suppressed felony knowledge by involuntary intoxication" after a drink of coffee from an inmate named Burt Patrick.

(B) Other contact up to date at Buckeye In Arizona 2005. And on P.C. 14 San Diego from "Balboa Park" Northbound (reference a debt for: (3059 K Street (1985)(4000 Blk Idaho Street 1990s) and: (Newport Ave) in Webster Groves, Mo. a racially divided neighborhood – upper middle class, for computer and chemical use of "freezing a burg" or "Iceburg" in police computer technology), known as "whiteFence subjugation" to deny a fair and impartial Venue choice of counsel. This Supervision deprives equal protection.

(C) Computer Custody Contract, now with Viet Nam Vets at Florence Az 2008-2010. ✱

4. Injury. State how you were injured by the actions or inactions of the Defendant(s):
Conflict of Interest Maricopa County Courts and Jail w/ local public defender. Propria persona for Amended Abstract of Judgement orders and exhaustion of remedy on appeal. Forced appt of private counsel: Kenneth S. Countryman p.c. ✱

(D) Maricopa County and State Partial Venue by Church overstate: "Consolidated Union". §

5. Administrative Remedies:
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count I? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Count I to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. N/A.

(a) <u>See Supplement For: Pornography: "CALIGULA" Filmed on Location xxx Imminent Dangers: Lawlessness based on: Period of time in Bible.</u>

3

## COUNT II

1. State the constitutional or other federal civil right that was violated: The Right to be free of Medical, Legal Malpractices, based on Mason Lodge Affiliation due to religion, race

2. Count II. Identify the issue involved. Check only one. State additional issues in separate counts.
   - [ ] Basic necessities
   - [ ] Mail
   - [ ] Access to the court
   - [X] Medical care
   - [ ] Disciplinary proceedings
   - [ ] Property
   - [ ] Exercise of religion
   - [ ] Retaliation
   - [ ] Excessive force by an officer
   - [ ] Threat to safety
   - [ ] Other: ____

3. Supporting Facts. State as briefly as possible the FACTS supporting Count II. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   (A) Peter Deddah and Associates Law Firm: All and/or any other persons as One person listed for Representative Responsibility. Example? The Fitzgerald family and Bennett family "MASONS" modus operandi for defendant as listed.

   (B) A general concensus in the Firm for Head decisive action in an Individual capacity based on tattoos, Indian blood, religion and especially = "Color of hair" to deny employment, child custody, and most of all good or excellent Health of petitioner mentally and physically as a = U.S.A. Presidential Physical Fitness Award acheiver now found competent (after a civil M.O.O. from a plea bargin as innocent w/ counsel by/of an alias)

   (C) A personal relationship with Peter Deddah family has now proffessionally by deliberate indifferences caused physical injuries to mind and body in hospitals, jails and prisons due to "Banner Medical Group" influence of: Anti-catholic, unorthodox practices jointly with ADT Security technological Audio Video surveillences (now in Florence from all other Institutions), as listed *

   (D) The malintent focused against plaintiff is "based on" defendants selective prosecution in San Diego ofter St Louis Mo 45 day lockup for AOW w/ the Fitzgerald-Bennett Brothers twin identity for Insurance fraud financial reward. 8/22/88 and 1/4/98 and now 7/05 to 7/08. Internally Affairs orientated. Motivated.

   (E) Decatur Illinois History w/ Plaintiff Defendant + Judge AG Klein - 1970'S *

4. Injury. State how you were injured by the actions or inactions of the Defendant(s). "Ethical Rule" (er) To selectively discredit, avenge and/or allow unethically involuntary intoxication and/or prosecutions based on religion, race, or especially "color of hair" for a "Firm" decision by Corporate Head defendant, abridges freedom(s) to petition government for redress of grievances. * GEICO Insurance Atty in debt for Hmo usc 19 104 * (C)

5. Administrative Remedies.
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  [X] Yes [ ] No
   b. Did you submit a request for administrative relief on Count II?  [X] Yes [ ] No
   c. Did you appeal your request for relief on Count II to the highest level?  [X] Yes [ ] No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. N/A

See Supplement = The Williams family and the Smith family Scottsdale and Mesa AZ- for defendant's alibi and Gun Control Law: pornography

## COUNT IV

1. State the constitutional or other federal civil right that was violated: <u>To not be forced out of "Homocide Witness status" over sexual debate w/ Narcotics SSU squad that denies Fathers custody of female child 1994-97 '99 on to 2008. Brentwood, Calif.</u>

2. Count III. Identify the issue involved. Check only one. State additional issues in separate counts.
   ☐ Basic necessities          ☐ Mail              ☐ Access to the court    ☐ Medical care
   ☐ Disciplinary proceedings   ☐ Property          ☐ Exercise of religion   ☐ Retaliation
   ☐ Excessive force by an officer   ☒ Threat to safety   ☐ Other: _____

3. Supporting Facts. State as briefly as possible the FACTS supporting Count III. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

Who? <u>Captain Ortiz La Mesa Blvd to Tijuana to Los Angeles County Underground police ADT computer labs and in Phoenix Az now with ADT security to obstruct pursuit of justice under Governor Janet Napolitano Allstate Ins Co of Kern County & Kings County Calif Dept of Corr Bakersfield Ca Internet</u>

How? <u>Attvs. Racial Religious Sexually scandlous "foul play investigations" 1994 Madison & Mollison El Cajon (Zone) Calif. '97 RJD Infirmy re-book Battery on non prisoner 1999 Corcoran SHU 2004 2008 2010 Parollee Father</u>

what? <u>and child in Phoenix for seperation and oppression and suppression of felony knowledge Inc re= Hospitals, jails, prisons (Wilshire contracted staff) Des MTAs R.N.s for Jolle mo Inc. "Denial of the principle that a Federal court exercising diversity jurisdiction over a case that does not involve a federal question, must apply the substantive laws of the state where the court sits...</u>

where? <u>Custodized Mexican-Asian-White-Jewish State and Federal Authority for Narcotics Agents Los Angeles, San Diego, Las Vegas NV. in dual capacity Insurance and Corrections Dept (those involved in Capital Murder in Brentwood Ca from Norwalk Ca</u>

when? <u>and San Diego Ca as witnessed by plaintiff in Del Mar Ca. Now in Florence Az. Declaration: "Identification Not OJ Simpson." White-Asian-Jewish Group attack"</u> *

4. Injury. State how you were injured by the actions or inactions of the Defendant(s).
<u>Loss of 14 yr old daughters life a repeated Homocide as in (Amanda Gaeke) Involuntary intoxication and Forced Relapse of parollee w/ child (Overdosed) Delinquency to a minor by Supervising Authority Agencies Calif to Ariz</u>
* <u>Disinformation of Brentwood Witness Maid Service and Kato Kalin. Emergency</u>

5. Administrative Remedies.
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count III?  ☒ Yes ☐ No
   c. Did you appeal your request for relief on Count III to the highest level?  ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. <u>N/A</u>

If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page. *Mexican

<u>Autobody Shops Detail Suppression of Felony Knowledge Network San Diego Phoenix Los Angeles Ca (and St. Louis Mo) from Wilshire Blvd. Supplements 1.A  5.A.</u>
<u>Black owned operated</u> *

5

## E. REQUEST FOR RELIEF

State the relief you are seeking:

Change of Custody by preliminary injunction immediately TRO's on defendants For public Health and Safety violations that effect civil Federal Rights. Review for punitive and compensatory damages by statute 42 USC § 1346 (c) at 25,000.00 amount since parallel A.W.O.L. from Board / Care Home In parish of St. Thomas of Aquinis, to phoenix Az. To be allowed to resume career in Nashville Tn w/ due or w/ the Wilshire - Hillshire Agnostic Mavor hodges responsible for incarceration. Federal Injunction 1404 (a) at USCO of Transfer Conversion of Custody

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __July 15 2008__  
DATE

_____  
SIGNATURE OF PLAINTIFF

_phoenix pursuant ____  
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

_202-514-6255 pa per ____  
(Signature of attorney, if any)  
US Dept. of Justice Civil Rights Institutionalized persons act -  
733 15th Street N.W.  
Washington D.C.  20005.  
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

6

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**FILING FEE PAID**
Yes ☐  DEFENDANTS ☑
**IFP MOTION FILED**
Yes ☐  No ☑
**COPIES ISSUED TO:**
Court ___ Press ___

FILED JUL 21 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**I (a) PLAINTIFFS**

James Lynn O'Hines

**DEFENDANTS**

Ruiz, et al

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF**
(EXCEPT IN U.S. PLAINTIFF CASES)

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT**
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

James Lynn O'Hines
PO Box 3400
Florence, AZ 85232
197067

**ATTORNEYS (IF KNOWN)**

'08 CV 1336 JM RBB

**II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)**

☐ 1 U.S. Government Plaintiff
☑ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX** (For Diversity Cases Only) **FOR PLAINTIFF AND ONE BOX FOR DEFENDANT**

|  | PT | DEF |  | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).**

42 U.S.C. 1983

**V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)**

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| | PERSONAL INJURY | PERSONAL INJURY | | | |
| ☐ 110 Insurance | ☐ 310 Airplane | ☐ 362 Personal Injury- Medical Malpractice | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ Marine | ☐ 315 Airplane Product Liability | | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC881 | PROPERTY RIGHTS | ☐ 430 Banks and Banking |
| ☐ Negotiable Instrument | ☐ 330 Federal Employers' Liability | | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 RR & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 650 Airline Regs | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | PERSONAL PROPERTY | ☐ 660 Occupational Safety/Health | SOCIAL SECURITY | ☐ 810 Selective Service |
| | | ☐ 370 Other Fraud | ☐ 690 Other | ☐ 861 HIA (13958) | ☐ 850 Securities/Commodities Exchange |
| ☐ 153 Recovery of Overpayment of Veterans Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | LABOR | ☐ 862 Black Lung (923) | |
| | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge 12 USC |
| ☐ 160 Stockholders Suits | | | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | | | | FEDERAL TAX SUITS | ☐ 893 Environmental Matters |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | ☐ 740 Railway Labor Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 790 Other Labor Litigation | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 791 Empl. Ret. Inc. | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | ☐ Security Act | | |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 950 Constitutionality of State |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☑ 550 Civil Rights | | | |

**VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)**

☑ 1 Original Proceeding  ☐ 2 Removal from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ 6 Multidistrict Litigation  ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23

**DEMAND $**   Check YES only if demanded in complaint:
JURY DEMAND: ☐ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY (See Instructions):**    JUDGE                   Docket Number

DATE    7/21/2008        SIGNATURE OF ATTORNEY OF RECORD